PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>REYMUNDO O. TEJADA,<br><br>  Defendant. | Case No. 5:24-po-00124-CDB<br><br>[Citation #E1018658, CA14]<br><br>MOTION AND ORDER FOR DISMISSAL<br><br>(Doc. 6) |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00124-CDB against REYMUNDO O. TEJADA [Citation #E1018658, CA14], without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 27, 2024                                    Respectfully submitted,

                                                             PHILLIP A. TALBERT
                                                             United States Attorney

                                        By:    /s/ *Chan Hee Chu*
                                                    CHAN HEE CHU
                                                    Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion by the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00124-CDB [Citation #E1018658, CA14] against REYMUNDO O. TEJADA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 27, 2024**   _____
UNITED STATES MAGISTRATE JUDGE